```
            IN THE UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF ARKANSAS
                     HELENA DIVISION
```

ASHWOOD JANITORIAL SERVICES,
CAROLYN ASHWOOD, Individually and
as Owner, and NATHAN ASHWOOD,
Individually and as General Manager                    PLAINTIFFS

      v.      Case No. 2:08-cv-00038

W.W. CONTRACTOR                                         DEFENDANT

## PRETRIAL ORDER

As discussed in the pretrial conference, Plaintiffs' exhibits B, C, E, G, and H are admitted. Defendant objects to Plaintiffs' exhibits D, F, I, and J and the Court will rule on those objections once the exhibit is tendered. No objections were made to Defendants' exhibits. Defendants Motion in Limine (Doc. 69) is hereby **DENIED**.

Concerning Defendants Motion to Dismiss (Doc. 67), the Court reiterates its earlier ruling dismissing all Defendants except for W.W. Contractor. The Court also will not allow high blood pressure, restitution, mental anguish, and emotional distress. The Court will withhold ruling on punitive damages until relevance may be determined.

IT IS SO ORDERED this 16th day of April, 2009.

                                   /s/ Robert T. Dawson
                                   Robert T. Dawson
                                   United States District Judge