IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION


ASHWOOD JANITORIAL SERVICES,
CAROLYN ASHWOOD, Individually and
as Owner, and NATHAN ASHWOOD,
Individually and as General Manager                PLAINTIFFS


        v.          Case No. 08-38


W.W. CONTRACTOR                                      DEFENDANT

## JUDGMENT

On the 16th day of April 2009, this matter came on for trial to a duly selected jury consisting of eight members, the Honorable Robert T. Dawson presiding.  At the completion of the one day trial, the case was submitted to the jury on interrogatories on April 16, 2009, and a unanimous verdict was reached as to each interrogatory as follows:


**INTERROGATORY NO. 1:** Complete the following paragraph by writing in the name required by your verdict.

On Plaintiffs' claim of breach of contract as described in instruction 9 we find in favor of


_____         \_\_W.W. Contractor\_\_\_\_\_
Ashwood Janitorial, et al.          W.W. Contractor


Based upon the jury's answer to Interrogatory Number 1, the

jury was not required to complete the remaining interrogatory.

**IT IS ORDERED AND ADJUDGED** in accordance with the jury verdict, as well as this Court's determination, that the Plaintiffs takes nothing on their complaint and the matter is **DISMISSED WITH PREJUDICE.**  All parties are to bear their respective costs and attorney's fees.

IT IS SO ORDERED this 17th day of April, 2009.


/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge